FILED
APR 06 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUANA SALGADO VALTIERREZ,<br><br>Defendant. | Case No.: 20-CR-3387-DMS<br><br>**JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE INFORMATION** |

This matter comes before the Court upon the application of the United States of America to dismiss the Information without prejudice under Rule 48(a) of the Federal Rules of Criminal Procedure. For reasons stated in the motion, the court finds that the interests of justice and judicial economy are served by granting the requested dismissal.

WHEREFORE, IT IS HEREBY ORDERED that the United States' application to dismiss the Information without prejudice is GRANTED. Defendant's bond is ordered exonerated.

DATED: 4-6-21

_____
HON. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE