1
2
3
4
5
6
7                           UNITED STATES DISTRICT COURT

8                         SOUTHERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,              Case No.:  3:20-cr-03387-DMS

11                              Plaintiff,   **ORDER TO CLOSE INTEREST**
                                             **BEARING ACCOUNT AND**
12   v.                                      **DISBURSE FUNDS**

13

14   JUANA SALGADO VALTIERREZ

15

16                             Defendant.

17

18        As the case against Defendant Juana Salgado Valterrez has been dismissed, it is

19   ordered that the Clerk release the amount of $1,500 plus interest, from the interest-bearing

20   account in the above-entitled case to:

21        Jason Hall

22        ████████████████████

23        ████████████████████

24    It is further ordered that the clerk is authorized to deduct ten percent of the earned interest,

25   as authorized by the Judicial Conference of the United States.

26   / / /

27   / / /

28   / / /

1

1    **IT IS SO ORDERED**.

2

3    Dated:  April 9, 2021

4                                         Hon. Dana M. Sabraw
                                          United States Chief District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

3:20-cr-03387-DMS